UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------
                                    :
UNITES STATES OF AMERICA,           :
                                    :
                                    :         ORDER OF REFERRAL
-vs-                                :
                                    :         CR-12-280 (FB)
JOSE ORTIZ                          :
                                    :
                                    :
---------------------------------

The defendant, _____ABOVE_____, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge __MANN__ to administer the allocution pursuant to F.R.Crim.P. Rule 11, and make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED:

                                              /s/ Judge Frederic Block
Dated: Brooklyn, New York        _____
       11/16/12                   UNITED STATES DISTRICT JUDGE

**CONSENTED TO:**

_Jose Ortiz_   12-2-12
Defendant's signature & Date

_[signature]_
Attorney for Defendant's signature

   /s/ MJ Mann
_____
Magistrate Judge